ANN MARIA DEEN, Respondent, *v.* WILLIAM MILNE, as Executor, etc., Appellant.

(Argued March 2, 1886; decided March 9, 1886.)

*Edward C. Perkins* for appellant.

*Joseph A. Shoudy* for respondent.

Agree to dismiss appeal ; no opinion.
All concur.
Appeal dismissed.